# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jermaine Maurice Padgett,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                            3:05-cv-78-2-MU

USA,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 16, 2006 Order.

                              **Signed: February 17, 2006**

Frank G. Johns, Clerk
United States District Court